# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**WILLIAM R. FICKLIN,**

    **Plaintiff,**

vs.                                      **CASE NO. 4:07CV21-RH/AK**

**S. K. BELLAMY,**

    **Defendant.**

_____/

## O R D E R

Plaintiff, an inmate proceeding *pro se*, has filed a complaint alleging that the defendant, a female corrections officer, sexually abused him. (Doc. 1). The pleading has been reviewed as is required by 28 U.S.C. § 1915A and is deemed sufficient to alert Defendants to the nature and basis of Plaintiff's claims. It cannot be said upon this review of the complaint that Plaintiff has failed to state a claim upon which relief may be granted. Thus, service of the complaint should be directed.

At this point, Plaintiff must submit service copies of the complaint. Under Fed. R. Civ. P. 4(c)(1), a copy of the complaint for each named Defendant is necessary to effect service and must be submitted by Plaintiff. As Plaintiff has named one (1) Defendant in this action, Plaintiff must provide the Court with one additional copy of the complaint that is identical to the complaint, doc. 1, filed with the Court. Plaintiff should include whatever exhibits he wants attached to the complaint with the service copy.

Accordingly, it is

**ORDERED**:

1. Plaintiff shall have until **May 21, 2007**, to provide the Court with one (1) identical copy of the complaint for service on the Defendant.

2. **Failure to submit the service copies as directed will result in a recommendation of the dismissal of this action.**

**DONE AND ORDERED** this _8th_ day of May, 2007.


_s/ A. KORNBLUM_
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**