IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIAM FICKLIN,

      Plaintiff,

v.                                        CASE NO.  4:07cv21-RH/AK

S. K. BELLAMY,

      Defendant.

_____/

## ORDER OF DISMISSAL

     This matter is before the court on the magistrate judge's report and recommendation (document 39) and the objections (document 41).  I have reviewed *de novo* the issues raised by the objections.

     The report and recommendation concludes that the plaintiff prisoner's complaint must be dismissed for failure to exhaust administrative remedies.  In his objections, the plaintiff admits he did not exhaust.  He says he feared retaliation and that if cases can be dismissed this easily, "there will never be anything accomplished in these correctional institutions."  Objections (document 41) at 1.

     By adopting the exhaustion requirement, Congress rejected this argument.  If

the exhaustion requirement could be bypassed here, it could be bypassed in almost every case. This would replace mandatory exhaustion with optional exhaustion. That is not the system Congress put in place.

For these reasons and those set forth in the report and recommendation,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. Defendant's motion to dismiss (document 34) is GRANTED. The clerk shall enter judgment stating, "The complaint is dismissed for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997(e)." The clerk shall close the file.

SO ORDERED this 5th day of May, 2008.

             s/Robert L. Hinkle
             Chief United States District Judge

*Case No: 4:07cv21-RH/AK*